1  Alexander (Zander) Blewett, III
   HOYT & BLEWETT PLLC
2  P.O. Box 2807
   Great Falls, MT 59403-2807
3  Phone: (406)761-1960
   Fax:    (406)761-7186
4
   Attorneys for Plaintiff
5

CLERK OF THE
DISTRICT COURT
KRISTIE LEE BOULTER

2014 AUG 8 PM 4 16

FILED

BY

DEPUTY SCANNED

6

7

8        MONTANA THIRTEENTH JUDICIAL DISTRICT COURT, YELLOWSTONE COUNTY

9                  * * * * * * * * * * * * * * *

10  JASON T. TALBOT,                          )
                                              )   Cause No.  DV 14 - 1113
11              Plaintiff,                    )
                                              )   Judge:  MARY JANE KNISELY
12      v.                                    )
                                              )
13  JONATHAN NIKOLAUS TOKARSKI,               )   **COMPLAINT AND DEMAND**
    and WMK-DAVIS, LLC.                       )   **FOR JURY TRIAL**
14                                            )
                Defendants.                   )
15                                            )

16                  * * * * * * * * * * * * * * * * *

17      COMES NOW the above-named Plaintiff and complains and alleges as follows:

        1.      Plaintiff, Jason T. Talbot, is a citizen and resident of Willow, Oklahoma, who was
18
    working in Billings, Montana, on March 18, 2014.
19
        2.      Defendant, Jonathan Nikolaus Tokarski, was at all times acting within the course
20
    and scope of his employement with WMK-Davis, LLC, when he negligently operated a motor
21
    vehicle on First Avenue North and North Broadway in Billings, Montana, County of
22
    Yellowstone, and caused severe personal injuries to Plaintiff.
23
        3.      Jonathan Nikolaus Tokarski is a citizen of the State of Montana.
24
        4.      Defendant WMK-Davis, LLC, at all times pertinent herein, was the employer of
25
    Jonathan Nikolaus Tokarski, and WMK-Davis, LLC, is liable for the negligence of Jonathan
26
    Nikolaus Tokarski.
27

28


EXHIBIT
B

5.      Jonathan Nikolaus Tokarski and WMK-Davis, LLC, are jointly and severely liable for all damages suffered by Jason T. Talbot, the full extent of which will be proven at the time of trial.

WHEREFORE, Plaintiff, Jason T. Talbot, prays for judgment against Jonathan Nikolaus Tokarski and WMK-Davis, LLC, jointly and severally for all damages allowable under Montana law, for his costs and disbursements incurred herein and for such further relief as the Court deems just under the circumstances.

DATED this _29__ day of July, 2014.

HOYT & BLEWETT PLLC

By: _Alexander Blewett III_
Alexander (Zander) Blewett, III
P.O. Box 2807
Great Falls, MT  59403-2807

Attorneys for Plaintiff

### DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury in the above-entitled action.

DATED this _29__ day of July, 2014.

HOYT & BLEWETT PLLC

By: _Alexander Blewett III_
Alexander (Zander) Blewett, III
P.O. Box 2807
Great Falls, MT  59403-2807

Attorneys for Plaintiff

2

Date: 8/15/2014

Time: 02:18 PM

Page 1 of 1

**Yellowstone County District Court**

Case Register Report

DV-56-2014-0001113-DE

**Jason T Talbot vs. Jonathan Nikolaus Tokarski, etal.**

User: RSCHIERHOL

Filed:        8/6/2014

Subtype:    Debt

**Status History**

   Open                              8/6/2014

**Plaintiffs**

   Pl. no. 1      Talbot, Jason T

   **Attorneys**

     Blewett, Alexander             (Primary attorney)       Send Notices

**Defendants**

   Def. no. 1    Tokarski, Jonathan Nikolaus

   Def. no. 2    WMK-Davis, LLC

**Judge History**

| Date | Judge | Reason for Removal |
|------|-------|--------------------|
| 8/6/2014 | Knisely, Mary Jane | Current |

**Register of Actions**

| Doc. Seq. | Entered | Filed | Text | Judge |
|-----------|---------|-------|------|-------|
| 1.000 | 08/07/2014 | 08/06/2014 | Complaint and Demand for Jury Trial | Knisely, Mary Jane |
| 2.000 | 08/07/2014 | 08/06/2014 | Summons Issued: Jonathan Nikolaus Tokarski | Knisely, Mary Jane |
| 3.000 | 08/07/2014 | 08/06/2014 | Summons Issued: WMK-Davis, LLC | Knisely, Mary Jane |