Alexander Blewett III
HOYT & BLEWETT PLLC
P.O. Box 2807
Great Falls, MT 59403-2807
Phone: (406) 761-1960
Fax:    (406) 761-7186

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

* * * * * * * * * * * * * * *

| | |
|---|---|
| JASON T. TALBOT, ) | |
| ) | Cause No.  CV-00104-SPW-CSO |
| Plaintiff, ) | |
| ) | |
| v. ) | **PLAINTIFF'S NOTICE OF** |
| ) | **DISMISSAL WITHOUT** |
| JONATHAN NIKOLAUS ) | **PREJUDICE PURSUANT TO** |
| TOKARSKI, and WMK-DAVIS, LLC. ) | **F.R.CIV.P. 41(a)(1)(A)** |
| ) | |
| Defendants. ) | |
| ) | |

* * * * * * * * * * * * * * * * * * *

COMES NOW the Plaintiff and files this Notice of Dismissal of this claim without prejudice, pursuant to Rule 41(a)(1)(A), F.R.Civ.P., as Defendant WMK-Davis, LLC, has neither filed an Answer nor a motion for summary judgment. Pursuant to this Rule, no court order is required and this case is dismissed without prejudice.

Plaintiff has not previously dismissed any federal or state court action based on or including this claim.

DATED this 22nd day of August, 2014

                        HOYT & BLEWETT PLLC

                        By: /s/ Alexander Blewett III
                             Alexander (Zander) Blewett, III
                             Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 22nd day of August, 2014, a copy of the foregoing document was served on the following persons by the following means:

```
 1, 2   CM/ECF
 ____   Hand Delivery
 ____   Mail
 ____   Overnight Delivery Service
 ____   Fax
 ____   E-Mail
```

1. Clerk, U.S. District Court

2. James R. Halverson
   John L. Wright
   HALVERSON & MAHLEN, PC
   P.O. Box 80470
   Billings, MT 59108

   Attorneys for Defendant WMK-Davis, LLC

                        HOYT & BLEWETT PLLC

                        /s/ Alexander Blewett III
                        Alexander (Zander) Blewett, III
                        Attorneys for Plaintiff